UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DOUGLAS JEFFREY DALE, | Civil No. 2:18-CV-01075-BHS |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

- Reevaluate the medical opinion evidence, including the opinions of Drs. Sanchez, Cavenee, and Hellekson;
- Reevaluate the claimant's subjective symptom testimony, residual functional capacity, and step four and step five findings, as needed.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 26 day of March 2019.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Katherine Watson
KATHERINE WATSON
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2139
Fax: (206) 615-2531
katherine.watson@ssa.gov